**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 06-6307

---

CLAUDE WILSON,

Plaintiff - Appellant,

versus

J. JENKINS, Sergeant Deputy Sheriff; T.
STEPHENS, Deputy; PHAYME, Sergeant Deputy;
MCGAUGE, Deputy; RICHMOND CITY SHERIFF OFFICE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge.  (3:05-cv-00874-JRS)

---

Submitted:  June 22, 2006               Decided:  June 30, 2006

---

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Claude Wilson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Claude Wilson appeals from the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint because he failed to return the "consent to collection of fees" form, as ordered by the court.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Wilson v. Jenkins</u>, No. 3:05-cv-00874-JRS (E.D. Va. Feb. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The dismissal was without prejudice to Wilson's right to re-file his action.